N. M. NELSON, Appellant, v. MIDDLEWEST GRAIN COM-
PANY, a Corporation, and H. T. Hogy, Respondents.

(173 N. W. 475.)

This case is governed by the decision in Kluver v. Middlewest Grain Co.
ante, 210.

Opinion filed June 21, 1919.

From an order of the District Court of Ward County, *Leighton,*
J., plaintiff appeals.

Affirmed.

*W. H. Sibbald,* for appellant.

*Fiske & Murphy,* for respondents.

PER CURIAM. This case was submitted together with Kluver v.
Middlewest Grain Co. ante, 210, 173 N. W. 468. The facts in the
instant case are identical with those in the Kluver Case, and on the
authority of the decision rendered in that case, the order appealed
from is affirmed.

GRACE, J., concurs in the result.

---

HENRY OLSON, Appellant, v. MIDDLEWEST GRAIN COM-
PANY, a Corporation, and H. T. Hogy, Respondents.

(173 N. W. 474.)

This case is governed by the decision in Kluver v. Middlewest Grain Co.
ante, 210.

Opinion filed June 21, 1919.

From an order of the District Court of Ward County, *Leighton,*
J., plaintiff appeals.

Affirmed.

*W. H. Sibbald,* for appellant.

*Fiske & Murphy,* for respondents.

PER CURIAM. This case was submitted together with Kluver v. Middlewest Grain Co. ante, 210, 173 N. W. 468. The facts in the instant case are identical with those in the Kluver Case, and on the authority of the decision rendered in that case, the order appealed from is affirmed.

GRACE, J., concurs in the result.

---

PATTERSON LAND COMPANY, Appellant, v. GEO. W. LYNN, Respondent.

(175 N. W. 211.)

**Appeal and error — courts — jurisdiction of supreme court on trial de novo; subject-matter of suit.**

Defendant moves the supreme court to vacate its decision entered in this cause on March 6, 1914. For reasons stated in the opinion the motion is denied.

Opinion filed June 21, 1919.

Motion to vacate decision and reinstate and reopen cause.
Motion denied.

*George W. Newton, R. N. Stevens, H. C. Lynn, Geo. W. Lynn,* and *H. A. Bronson,* for motion.

*Watson & Young* and *E. T. Conmy,* contra.

PER CURIAM. The original opinion in this case was filed March 6, 1914. A rehearing was denied April 11, 1914 (see 27 N. D. 391, 147 N. W. 256). A motion to recall the remittitur and reinstate the appeal was filed March 14, 1917, and, after hearing had, was denied by an opinion filed April 28, 1917 (36 N. D. 341, 162 N. W. 702). In that opinion this court said: "Among other questions urged is that this court rendered judgment upon an amended pleading, without permitting a trial upon the issue formed by such amendment. It is contended that the proper practice would have been to have directed the amendment to be allowed and remanded the case for trial upon